**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* ______________ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **A Moore's Services Inc**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **81-4322307**

**4. Debtor's address**

**Principal place of business**

**5636 Nieman**
**Shawnee, KS 66203**
Number, Street, City, State & ZIP Code

**Johnson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2213**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2017**
MM / DD / YYYY

*X* **/s/ Randy Moore**
Signature of authorized representative of debtor

**Randy Moore**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ George J Thomas**
Signature of attorney for debtor

Date **May 11, 2017**
MM / DD / YYYY

**George J Thomas**
Printed name

**Phillips & Thomas LLC**
Firm name

**5200 W 94th Terrace  Suite 200**
**Prairie Village, KS 66207-2521**
Number, Street, City, State & ZIP Code

Contact phone **913-385-9900**

Email address

**19230**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Business checking account at Commerce Bank** | **checking** | | **$500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$500.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **8,000.00** | - | **4,000.00** | = .... | **$4,000.00** |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

12. **Total of Part 3.** **$4,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Various pieces of office equipment and computers | $100.00 | | $100.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$100.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Ford F150** | **$20,000.00** | | **$20,000.00** |
| 47.2. **2016 Nissan van** | **$21,000.00** | | **$21,000.00** |
| 47.3. **2016 Ford van** | **$22,000.00** | | **$22,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$63,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Customer list of business** | **$20,000.00** |
| **Computer server** | **$4,000.00** |
| **Corporate phone number** | **$5,000.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. **$29,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$500.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$4,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$100.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$63,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$29,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$96,600.00** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$96,600.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Ford Motor Credit | $31,000.00 | $22,000.00 |
| 2.2 Ford Motor Credit Co | $28,000.00 | $20,000.00 |

**2.1 Ford Motor Credit**
Creditor's Name

**3010 Highland Pkwy Ste 200**
**Downers Grove, IL 60515**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**2016 Ford van**

**Describe the lien**

**auto loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.2 Ford Motor Credit Co**
Creditor's Name

**PO Box 152271**
**Irving, TX 75015-2271**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**2016 Ford F150**

**Describe the lien**

**auto loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Nissan Motor Acceptanc** | Describe debtor's property that is subject to a lien | $26,000.00 | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

**Po Box 660360**
**Dallas, TX 75266**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Nissan Cargo van**

**Describe the lien**
**auto loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$85,000.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,000.00** | **$23,000.00** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**witholding taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Kansas Department of Revenue**<br>**Civil Tax Enforcement**<br>**PO Box 12005**<br>**Topeka, KS 66612-2005** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,000.00** | **$25,000.00** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**sales and witholding tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com 25477 Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Missouri Dept of Revenue**<br>**Customer Assistance**<br>**PO Box 100**<br>**Mail Stop 2002**<br>**Jefferson City, MO 65105-0100** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** | **$5,000.00** |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**witholding taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **Aflac**<br>**1932 Wynnton Rd**<br>**Columbus, GA 31999**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** insurance<br>Is the claim subject to offset? ■ No ☐ Yes | **$111.00** |
| 3.2 | **Alberto Zarata**<br>**16060 Kreider Rd**<br>**Bonner Springs, KS 66012**<br>**Date(s) debt was incurred** 2017<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** payroll<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.3 | **Arrow Appl**<br>**PO Box 17**<br>**Kansas City, KS 66101**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,238.00** |
| 3.4 | **AT and T**<br>**PO Box 78628**<br>**Phoenix, AZ 85062-8628**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** utility<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,151.00** |
| 3.5 | **Baker Distributing**<br>**PO Box 848459**<br>**Shawnee, KS 66203**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,210.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BP Mastercard**<br>**4620 Woodland Corp Blvd**<br>**Tampa, FL 33614**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** credit card<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**CFM Distribution**<br>**1104 Union**<br>**Kansas City, MO 64101**<br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,192.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Cole Printing**<br>**200 N Jefferson Unit P**<br>**Kearney, MO 64060**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No ☐ Yes | **$842.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Commerce Bank**<br>**PO Box 806000**<br>**Kansas City, MO 64180-6000**<br>**Date(s) debt was incurred** 2015<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** service charges<br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Community First Bank**<br>**650 Kansas Ave**<br>**Kansas City, KS 66105**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No ☐ Yes | **$46,205.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Craig Stohl**<br>**119 Ida**<br>**Lansing, KS 66043**<br>**Date(s) debt was incurred** 2017<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** payroll<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Data Max**<br>**PO Box 2222**<br>**Saint Louis, MO 63109**<br>**Date(s) debt was incurred** 2016<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services<br>Is the claim subject to offset? ■ No ☐ Yes | **$107.00** |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.13** **Nonpriority creditor's name and mailing address**
**David Moreno**
**11014 W 76 St**
**Overland Park, KS 66214**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**Debra Caviness**
**5017 Ottawa**
**Kansas City, KS 66106**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Direct Security**
**12460 W 62nd Ter Ste A**
**Shawnee, KS 66216**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Everest**
**2001 NW 107 Ave**
**Miami, FL 33172**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Expansion Capital**
**5020 S Broadband Lane Ste 100**
**Sioux Falls, SD 57108**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Ferguson**
**9301 Rosehill**
**Lenexa, KS 66215**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,652.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Finnax**
**PO Box 910549**
**Dallas, TX 75391**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$583.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.20** **Nonpriority creditor's name and mailing address**
**Ford Credit**
**PO Box 650575**
**Dallas, TX 75265**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** credit card
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Grease Monkey**
**8200 Metcalf**
**Overland Park, KS 66204**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$233.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Jason Moore**
**21621 W 52 St**
**Shawnee, KS 66226**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Jason Moore**
**21621 W 52nd St**
**Shawnee, KS 66226**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Jerry Rank**
**7300 W 110th St**
**Ste 700**
**Overland Park, KS 66210**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,640.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**Johnson County Wastewater**
**PO Box 219948**
**Kansas City, MO 64121-9948**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Kansas Counselors Inc**
**PO Box 14765**
**Shawnee Mission, KS 66285-4765**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** medical
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.27 **Nonpriority creditor's name and mailing address**
**Kansas Secretary of State**
**Corporations Division**
**120 SW 10th Ave**
**Topeka, KS 66612-1594**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** annual fees
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Karen Allen**
**4738 Vista**
**Kansas City, KS 66106**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**Mantis**
**64 Beaver St Ste 344**
**New York, NY 10004**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Marcone Supply**
**PO Box 790120**
**Saint Louis, MO 63179**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$449.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplies
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Martin Leigh Laws and Fritzlen**
**900 Pecks Plaza**
**1044 Main**
**Kansas City, MO 64105-2135**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** collection
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Matthew Tracy**
**13222 W 108 Terr**
**Overland Park, KS 66210**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
**Midwest Assoc Properties LLC**
**PO Box 14364**
**Lenexa, KS 66285**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.34 **Nonpriority creditor's name and mailing address**
**Pivotal Payments**
**5000 Legancy Dr Ste 320**
**Plano, TX 75024**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplies
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Reeves Wiedeman**
**PO Box 412235**
**Kansas City, MO 64141**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Republic Services**
**1220 South Brookside**
**Independence, MO 64052**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$223.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplier
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Robert Frister**
**7850 E 79 St**
**Kansas City, MO 64138**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Shred It USA**
**28883 Network Place**
**Chicago, IL 60673**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$210.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Sprint**
**PO Box 650270**
**Dallas, TX 75265-0270**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$885.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** utility
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**TEC**
**17725 Volbrecht Rd**
**Lansing, IL 60438**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,586.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** supplier
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.41 **Nonpriority creditor's name and mailing address**
**Time Warner**
**PO Box 2180**
**Omaha, NE 68103-2180**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Tracey Van Der Brugge**
**5404 Switzer**
**Shawnee, KS 66203**
**Date(s) debt was incurred** 2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** payroll
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Walker Towel**
**2610 Truman Rd**
**Kansas City, MO 64127**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Wex Fleet Services**
**PO Box 6293**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Wide Merchant**
**3580 Wilshire Blvd Ste 160**
**Los Angeles, CA 90010**
**Date(s) debt was incurred** 2016
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** servcies
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Yellowstone**
**30 Broad St Ste 1462**
**Jersey City, NJ 07302**
**Date(s) debt was incurred** 2015
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** vendor
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AT and T**<br>**PO Box 5014**<br>**Carol Stream, IL 60197-5014** | Line 3.4<br>☐ Not listed. Explain ____ | _ |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 53,000.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 256,427.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 309,427.00 |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **2 year lease for business premises of debtor** | |
| State the term remaining | **1 year** | **Midwest Assoc Properties LLC<br>PO Box 14364<br>Lenexa, KS 66285** |
| List the contract number of any government contract | | |



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jason Moore** | **21621 W 52 St**<br>**Shawnee, KS 66226** | **CFM Distribution** | ☐ D<br>■ E/F **3.7**<br>☐ G |
| 2.2 | **Jason Moore** | **21621 W 52 St**<br>**Shawnee, KS 66226** | **Arrow Appl** | ☐ D<br>■ E/F **3.3**<br>☐ G |
| 2.3 | **Jason Moore** | **21621 W 52 St**<br>**Shawnee, KS 66226** | **Ferguson** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.4 | **Jason Moore** | **21621 W 52 St**<br>**Shawnee, KS 66226** | **TEC** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.5 | **Jason Moore** | **21621 W 52 St**<br>**Shawnee, KS 66226** | **Reeves Wiedeman** | ☐ D<br>■ E/F **3.35**<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Yellowstone** | ☐ D<br>■ E/F **3.46**<br>☐ G |
| 2.7 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **TEC** | ☐ D<br>■ E/F **3.40**<br>☐ G |
| 2.8 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Ferguson** | ☐ D<br>■ E/F **3.18**<br>☐ G |
| 2.9 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **BP Mastercard** | ☐ D<br>■ E/F **3.6**<br>☐ G |
| 2.10 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Sprint** | ☐ D<br>■ E/F **3.39**<br>☐ G |
| 2.11 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Cole Printing** | ☐ D<br>■ E/F **3.8**<br>☐ G |
| 2.12 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Community First Bank** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.13 | **Randy Moore** | **5636 Nieman Rd B<br>Shawnee, KS 66203** | **Everest** | ☐ D<br>■ E/F **3.16**<br>☐ G |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **Ford Motor Credit Co** | ■ D **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **Nissan Motor Acceptanc** | ■ D **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **Ford Motor Credit** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **Missouri Dept of Revenue** | ☐ D ____<br>■ E/F **2.3**<br>☐ G ____ |
| 2.18 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **IRS** | ☐ D ____<br>■ E/F **2.1**<br>☐ G ____ |
| 2.19 | **Randy Moore** | **5636 Nieman Rd B**<br>**Shawnee, KS 66203** | **Kansas Department of Revenue** | ☐ D ____<br>■ E/F **2.2**<br>☐ G ____ |


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) __________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................... $ **96,600.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $ **96,600.00**

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **85,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $ **53,000.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................... +$ **256,427.00**

4. **Total liabilities** ....................................................
   Lines 2 + 3a + 3b .................................................... $ **394,427.00**



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2017**

X **/s/ Randy Moore**
Signature of individual signing on behalf of debtor

**Randy Moore**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Moore's Services Inc**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **EBF Partners LLC v. A Moore Service Inc**<br>**17CV00812** | **collection** | **Johnson County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Phillips & Thomas LLC**<br>**5200 W 94th Terrace Suite 200**<br>**Prairie Village, KS 66207-2521** | **$2000** | **2/2017** | **$0.00** |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Everest**<br>**2001 NW 107 Ave**<br>**Miami, FL 33172** | **This creditor garnished approx. $14000 from debtor in March 2017** | **3/2017** | **$14,000.00** |

**Relationship to debtor**
**Credior of debtor**

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **14130 Minnesota Ave**<br>**Bonner Springs, KS 66012** | **1/2013 to 1/2016** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Commerce Bank**<br>**PO Box 419248**<br>**Kansas City, MO 64141-6248** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **4/2017** | **$106.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**


Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| **Name and address** | **Date of service From-To** |
|---|---|
| 26a.1. **Harvey & Caldwell PA**<br>**12980 Metcalf**<br>**Overland Park, KS 66213** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Randy Moore** | **5636 Nieman**<br>**Shawnee, KS 66203** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Randy Moore** | **$2100** | **Mr. Moore received monthly allotments in the past 12 months that total $2100** | |
| | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 11, 2017**

**/s/ Randy Moore**
Signature of individual signing on behalf of the debtor

**Randy Moore**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes



Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re **A Moore's Services Inc** Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any adversary proceedings.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 11, 2017**
*Date*

**/s/ George J Thomas**
**George J Thomas 19230**
*Signature of Attorney*
**Phillips & Thomas LLC**
**5200 W 94th Terrace Suite 200**
**Prairie Village, KS 66207-2521**
**913-385-9900**
*Name of law firm*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Aflac
1932 Wynnton Rd
Columbus GA 31999

Alberto Zarata
16060 Kreider Rd
Bonner Springs KS 66012

Arrow Appl
PO Box 17
Kansas City KS 66101

AT and T
PO Box 78628
Phoenix AZ 85062-8628

AT and T
PO Box 5014
Carol Stream IL 60197-5014

Baker Distributing
PO Box 848459
Shawnee KS 66203

BP Mastercard
4620 Woodland Corp Blvd
Tampa FL 33614

CFM Distribution
1104 Union
Kansas City MO 64101

Cole Printing
200 N Jefferson Unit P
Kearney MO 64060

Commerce Bank
PO Box 806000
Kansas City MO 64180-6000

Community First Bank
650 Kansas Ave
Kansas City KS 66105

Craig Stohl
119 Ida
Lansing KS 66043

Data Max
PO Box 2222
Saint Louis MO 63109

David Moreno
11014 W 76 St
Overland Park KS 66214

Debra Caviness
5017 Ottawa
Kansas City KS 66106

Direct Security
12460 W 62nd Ter Ste A
Shawnee KS 66216

Everest
2001 NW 107 Ave
Miami FL 33172

Expansion Capital
5020 S Broadband Lane Ste 100
Sioux Falls SD 57108

Ferguson
9301 Rosehill
Lenexa KS 66215

Finnax
PO Box 910549
Dallas TX 75391

Ford Credit
PO Box 650575
Dallas TX 75265

Ford Motor Credit
3010 Highland Pkwy Ste 200
Downers Grove IL 60515

Ford Motor Credit Co
PO Box 152271
Irving TX 75015-2271

Grease Monkey
8200 Metcalf
Overland Park KS 66204

IRS
PO Box 7346
Philadelphia PA 19101-7346

Jason Moore
21621 W 52 St
Shawnee KS 66226

Jason Moore
21621 W 52nd St
Shawnee KS 66226

Jerry Rank
7300 W 110th St
Ste 700
Overland Park KS 66210

Johnson County Wastewater
PO Box 219948
Kansas City MO 64121-9948

Kansas Counselors Inc
PO Box 14765
Shawnee Mission KS 66285-4765

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66612-2005

Kansas Secretary of State
Corporations Division
120 SW 10th Ave
Topeka KS 66612-1594

Karen Allen
4738 Vista
Kansas City KS 66106

Mantis
64 Beaver St Ste 344
New York NY 10004

Marcone Supply
PO Box 790120
Saint Louis MO 63179

Martin Leigh Laws and Fritzlen
900 Pecks Plaza
1044 Main
Kansas City MO 64105-2135

Matthew Tracy
13222 W 108 Terr
Overland Park KS 66210

Midwest Assoc Properties LLC
PO Box 14364
Lenexa KS 66285

Missouri Dept of Revenue
Customer Assistance
PO Box 100
Mail Stop 2002
Jefferson City MO 65105-0100

Nissan Motor Acceptanc
Po Box 660360
Dallas TX 75266

Pivotal Payments
5000 Legancy Dr Ste 320
Plano TX 75024

Randy Moore
5636 Nieman Rd B
Shawnee KS 66203

Reeves Wiedeman
PO Box 412235
Kansas City MO 64141

Republic Services
1220 South Brookside
Independence MO 64052

Robert Frister
7850 E 79 St
Kansas City MO 64138

Shred It USA
28883 Network Place
Chicago IL 60673

Sprint
PO Box 650270
Dallas TX 75265-0270

TEC
17725 Volbrecht Rd
Lansing IL 60438

Time Warner
PO Box 2180
Omaha NE 68103-2180

Tracey Van Der Brugge
5404 Switzer
Shawnee KS 66203

Walker Towel
2610 Truman Rd
Kansas City MO 64127

Wex Fleet Services
PO Box 6293
Carol Stream IL 60197

Wide Merchant
3580 Wilshire Blvd Ste 160
Los Angeles CA 90010

Yellowstone
30 Broad St Ste 1462
Jersey City NJ 07302

# United States Bankruptcy Court
## District of Kansas

In re **A Moore's Services Inc** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 11, 2017**

**/s/ Randy Moore**
**Randy Moore**/**President**
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re **A Moore's Services Inc** Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A Moore's Services Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 11, 2017**
Date

**/s/ George J Thomas**
**George J Thomas 19230**
Signature of Attorney or Litigant
Counsel for **A Moore's Services Inc**
**Phillips & Thomas LLC**
**5200 W 94th Terrace Suite 200**
**Prairie Village, KS 66207-2521**
**913-385-9900**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy